# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CHRISTINE D. ACKERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 4:15-CV-00405-RK |
| | ) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION; | ) ) ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S APPLICATION FOR ATTORNEY FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT

Now pending before the Court is Plaintiff's Motion for Attorney Fees Under The Equal Access to Justice Act (doc. 28).

Under the EAJA, a prevailing party in an action brought against the United States shall be awarded attorney fees unless the position of the United States was "substantially justified" or special circumstances make an award unjust. 28 U.S.C. § 2412(d)(1)(a). Plaintiff was a prevailing party in this action and an award is appropriate. Additionally, the EAJA allows compensation for costs, including court filing costs. Accordingly, it is

ORDERED that Plaintiff is awarded attorney's fees in the amount of $5,000.00 to be paid by the Social Security Administration and awarded court costs in the amount of $400.00 to be paid by the Department of Treasury's Judgment Fund. It is further

ORDERED that the above award is subject to offset to satisfy any pre-existing debt Plaintiff may owe to the United States.

s/ Roseann A. Ketchmark<br>
ROSEANN A. KETCHMARK, JUDGE<br>
UNITED STATES DISTRICT COURT

DATED: December 8, 2016